**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00386-CV**

_____

**1ST CHOICE ACCIDENT & INJURY, LLC, Appellant**

**V.**

**ANGEL FERMIN SANCHEZ AND SATYANARAY VANAMA, Appellees**

---

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-09-11398-CV**

---

**MEMORANDUM OPINION**

1st Choice Accident & Injury, LLC, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 21, 2022
Opinion Delivered December 22, 2022

Before Golemon, C.J., Kreger and Horton, JJ.